CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No: 22-2052 (CCC)

DORIS MEIER,

        Plaintiff(s),        **ORDER FOR DISMISSAL**

v.

JAMES TAYLOR, et als.,

        Defendant(s).

It appearing in the above captioned action that the plaintiff has failed to move this action by moving for default within the time frame established by this Court;

**It is on this 29th day of JULY, 2022;**

**ORDERED** that this action is hereby dismissed, without prejudice for failure to comply with the court's Order of July 19, 2022.

**HON. CLAIRE C. CECCHI**
United States District Judge